UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD LAKE, ET AL.,

    Plaintiffs,

v.            Case No. 8:06-cv-1462-T-24 TBM

TENNECO, INC., a Delaware corporation,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiffs' Motion in Limine to Preclude Testimony Suggesting Sexual Overtones or Improper Conduct by Jenna Lake. (Doc. No. 92). In this motion, Plaintiffs request that the Court instruct counsel for the parties to notify each of their witnesses and inform them that no trial testimony shall be allowed that states or implies that Jenna Lake and Jason Epps were engaged in any sexual activity in the van during the hours that preceded their death. Plaintiff states in this motion that Defendant does not oppose the motion.

Accordingly, it is ORDERED AND ADJUDGED that this motion is **GRANTED**, and counsel are directed to notify each of their witnesses and inform them that no trial testimony shall be allowed that states or implies that Jenna Lake and Jason Epps were engaged in any sexual activity in the van during the hours that preceded their death.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of August, 2009.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record