UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD LAKE, ET AL.,

    Plaintiffs,

v.                                                           Case No. 8:06-cv-1462-T-24 TBM

TENNECO, INC., a Delaware
corporation,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Defendant's Motion in Limine to Exclude Any Reference to Punitive Damages. (Doc. No. 96). Plaintiffs have not filed a response in opposition.

In this motion, Defendant requests that the Court enter an order stating that Plaintiffs shall not make any reference to the jury regarding punitive damages until the Court rules on the issue of punitive damages. Defendant states in its motion that Plaintiffs do not oppose this request. Accordingly, this part of the motion is granted.

However, Defendant further states in its motion that Plaintiffs' punitive damage claim is so deficient and undeveloped, that the Court could strike it or grant judgment in Defendant's favor at this juncture. To the extent that Defendant is requesting that the Court strike or enter judgment on Plaintiffs' punitive damages claim, the Court denies the request, since a motion in limine is not the proper vehicle for such relief. However, at the close of Plaintiffs' case, Defendant is free to move for a directed verdict on the issue of punitive damages, and the Court will visit the issue at that time.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of September, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record